Dockets.Justia.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI – WESTERN DIVISION

| | |
|---|---|
| REV. NOLAN McKENZIE<br>11614 FOSTER STREET<br>OVERLAND PARK, KS 66210<br><br>                Plaintiff,<br><br>vs.<br><br>DEACY & DEACY, LLP<br>MIMI E. DOHERTY, et al<br>920 MAIN STREET, SUITE 1900<br>KANSAS CITY, MO 64105<br><br>                Defendants,<br><br>REGISTERED AGENTS:<br>SPENCE J. BROWN<br>920 MAIN STREET, SUITE 1900<br>KANSAS CITY, MO 64105 | **10-0185-CV W - SOW**<br>Case No. _____<br>Court No. _____<br>Trial by Jury _____ |

## PETITION FOR PROCEDURAL DUE PROCESS OF LAW DENIED

COMES NOW Plaintiff, Reverend Nolan McKenzie, Pro Se, for his cause of civil action against Deacy & Deacy, LLP and its corporate heads, business directors, employees, agents, subsidiaries, affiliates and others affiliated with the association, development and the execution of its operations and its Registered Agent, Spence J. Brown, 920 Main Street, Suite 1900, Kansas City, Missouri 64105. The issue of this case and is "<u>Procedural Due Process of Law, Civil, Denied</u>." Plaintiff states and alleges as follows:

### STATEMENTS OF JURISDICTION AND VENUE

1.    Plaintiff, Reverend Nolan McKenzie, is a resident at 11614 Foster Street, City of Overland Park in the State of Kansas.

2.    Defendants, Deacy & Deacy, et al, notwithstanding Defendant Mimi E. Doherty, 920 Main Street, Suite 1900, Kansas City in the State of Missouri 64105, the "<u>Mississippi Justice Prevails</u>" at all costs.

1

Statements

Plaintiff's Procedural Due Process of Law (Justices), Civil, denied at the hands of the Defendant Doherty & Doherty, LLP and its co-owner of the law firm, Defendant Mimi E. Doherty and her Associates' alleged client, former Defendant Ann Mesle, who did assist with the denial of Plaintiff's Procedural Due Process of Law, Civil, on or about January ____, 2010. In the Circuit Court of Jackson County, at Kansas City in the State of Missouri, this Plaintiff filed a petition demanding a debt amount of $87 million from the Circuit Court of Jackson County, Defendant Ann Mesle and the Saint Joseph Medical Center who owe the amount of $26 million. This land of America has no intent of granting relief for a handicapped Afro-American, notwithstanding, that this land of America did not become caught in the defense of an improper dismissal at the onset of this Plaintiff who filed a petition. Plaintiff demands damages in excess amount of $87 million for Plaintiff's denied procedural Due Process of Law, Civil, that the dismissal was premature, mishandled, repetitious, prejudicial, racially/handicapped prejudiced and others.

## STATEMENT OF MATERIAL FACTS

3. The Fifth Amendment forbids the United States from "depriving" any person of life, liberty or property without "Due Process of Law." The Fourteenth Amendment imposes an identical prohibition on the States. Defendant Doherty failed to request that the Plaintiff have a "hearing" before dismissal of his entire Petition with co-parties on it to observe the case action before the Plaintiff would come, possibly, to sue them, the West/Thomas Publishing Corp., author of Kansas Civil Procedure and other monetary values in excess amount of $1.5 million and more, for fraudulent publication of "pro se" rights and privileges of an attorney if the pro se's litigants have the legal knowledge to execute a claim action.

4. $87 million is nothing when compared to $500 million – a difference of $413 million the Defendants and the former Defendant shall become criminally charged for denial of a Procedural Due Process of Law stated as:

a) Defendant Doherty allowed the former Defendant/Judge to execute the dismissal as opposed to the presiding Judge McGraw, who was not considered.

b) Defendant Doherty states that the "Plaintiff's Petition is within the dismissal papers" Deputy Arthur Aaron Hog who filed a dismissal of the Circuit Court of Jackson County, Defendant Doherty and former Defendant/Judge dismissed the petition that included the courthouse in that she alleges, without a statement that the <u>Court House is dismissed</u> is a defacto law that Defendants failed to dismiss the Courthouse, no one was allowed to file a second pleading. Spence J. Brown and/or Mr. Hog, the Plaintiff will sue. Mr. Hog states a "motion" to dismiss to clear-up the failure to do so. The "motion" is an alibi which seems that doing so is proper, although all of it is improper.

c) Defendant/Judge Mesle should have removed herself from the bench upon a personal suit. She either pays for a relief amount of $50 million separate from the $87 million for Denial of Procedural Due Process of Law denied or faces criminal charges.

d) Defendants and Mr. Hog file no "<u>court appearances</u>" and the pleading is dead without it.

e) The Defendants file no affidavits and the so called "<u>motion</u>" is dead and the suggestions are equally dead.

f) Defendant Doherty filed 1¼ page Motion as opposed to 2½ pages with an <u>affidavit</u> attached and dismissed defense action as moot.

g) Defendant Mesle had no right to dismiss the Plaintiff's Petition and mail back to the Plaintiff the same day the Plaintiff mailed his Motion to the Defendant Mesle; resulting in each filing crossing in the mail.

h) Plaintiff mailed a First Amendment Petition that crossed n the mail. The Defendant alleges that Defendant Mesle's stated plea was missing for a relief, so a good Judge notified the Plaintiff for a short statement (claim) to mail to the court of record.

i) Overall, the Defendants filed a convoluted "dismissal" with the exclusion of an "<u>answer</u>" sent to the Plaintiff. The Plaintiff observed the dismissal papers which did not

state a reference to her quotation that Defendant Doherty cited as "citations omitted" not acceptable for pleadings. The Plaintiff demands damages in excess amount of $3.5 million since for that reason alone, the document should have been dismissed. Excluding Presiding Judge McGraw, the "dismissal" is illegally filed because Defendant/Judge Mesle is not allowed by judicial law to operate under both titles at the same time.

        j)      Consequently, the Defendants filed a dismissal paper without the presence of a Presiding Judge. Therefore, the Plaintiff has won the said suit against the St. Joseph Medical Center and the Circuit Court.

        k)      This suit alone with the above case will go on the "website" to show the public what kind of leadership we have in the judicial system.

        l)      Plaintiff demands damages in excess amount of $86 million for "failed dismissal" papers. In addition, the Plaintiff sued the Circuit Court of Jackson County for a total amount of $987 million and sued the Defendant Doherty sued for $187 million and sued her law firm in an amount in excess of $350 million for denying Plaintiff's Procedural Due Process Rights of Law (Justices).

        5.      The Defendants also violated the Plaintiff's "Civil Rights" and "democracy" guaranteed by the First Amendment of the U.S. Constitution. Criminal charges pending against Defendant, St. Joseph Medical Center have been avoided on several occasions to do the right thing. The doctor who stated that the Plaintiff had amputated legs needs to come forward. You do not misdiagnose a patient and get rewarded for it. Plaintiff demands damages in excess of $300 million for denial of Plaintiff's Procedural Due Process of Law (Justices), Civil, and $26 million for misdiagnosis. Criminal charges are pending.

        6.      Given that the Defendant Mesle has immunity from lawsuits and not criminal charges that this Plaintiff, alternative persons, employees and/or directors, or agents the suit against them that the Plaintiff demands damages in excess amount of $500 million and against Mr./Deputy Arthur Aaron Hog for a falsified dismissal of the Courthouse (Circuit Court of Jackson County, Missouri). Mr. Hog sent the dismissal paper in the form of a "motion" that is

extreme "willful fraud." He knew he was attempting to cover up for Defendant Mesle's failure to properly handle the dismissal action pending heavy documentation with handicapped references.

In conclusion, the lawsuits are individually and separately designated to the proper person(s). This Plaintiff's suit against the parties of this Petition that Defendant Doherty, who will inform every litigant before Plaintiff mails/handles a separate lawsuit, but this action must happen now with Defendant Mimi E. Doherty and Deacy & Deacy LLP. It is good for the Court to have a brief history of all facts that pertain to this lawsuit and pending actions. It is justice not a denied Procedural Due Process of Law/Civil a criminal action pending for "those special people who say that they are above the law of the land." Consider this Petition to be a master copy of a majority of litigants before our Lord's day ends – eternally so.

Respectfully submitted,

The Office of Reverend Nolan McKenzie

By: _____
Rev. Nolan McKenzie, Plaintiff Pro Se
11614 Foster Street
Overland Park, KS 66210
(913) 338-1613