Dockets.Justia.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI – WESTERN DIVISION

| | |
|---|---|
| Rev. Nolan McKenzie | ) |
|       Plaintiff, | ) |
| vs. | ) |
| Deacy & Deacy, LLP, Mimi E. Doherty, et al., | ) **10-0185-CV W - SOW** |
| Judge Ann Mesle, Circuit Court of Jackson County, | ) Case No. _____ |
| Saint Joseph Medical Center, | ) Court No. _____ <br> ) Trial by Jury _____ |
| West/Thomas Publishing Corp., (Hold) | ) |
| Judge Peggy S. McGraw, (b/o, process serve) | ) |
| Deputy Arthur Aaron Hog, | ) |
| and | ) |
| Spence J. Brown, Registered Agents, | ) |
|       Defendants. | ) |

## ADDENDUM TO PETITION FOR PROCEDURAL DUE PROCESS OF LAW DENIED

COMES NOW Plaintiff, Reverend Nolan McKenzie, Pro Se, and amends his cause of action against Deacy & Deacy, LLP and its corporate heads, business directors, employees, agents, subsidiaries, affiliates and others affiliated with the association, development and the execution of its operations and its Registered Agent, Spence J. Brown, 920 Main Street, Suite 1900, Kansas City, Missouri 64105, to add additional Defendants: Judge Ann Mesle of the Circuit Court of Jackson County, Saint Joseph Medical Center, West/Thomas Publishing Corp., Judge Peggy S. McGraw, and Deputy Arthur Aaron Hog, For a process serve, number are in Deacy & Deacy LLP (Law Firm), Pet.

1

Respectfully submitted,

The Office of Reverend Nolan McKenzie

By: /s/ Rev. Nolan McKenzie
Rev. Nolan McKenzie, Plaintiff Pro Se
11614 Foster Street
Overland Park, KS 66210
(913) 338-1613

## CERTIFICATE OF SERVICE

*For a process serve,*

I hereby certify that a true copy of the foregoing document was mailed first class, postage prepaid, by U.S. Mail on the 26Th day of FEB, 2010 to:

Deacy & Deacy, LLP
Mimi E. Doherty
920 Main Street, Suite 1900
Kansas City, MO 64105

Spence J. Brown
Registered Agents
920 Main Street, Suite 1900
Kansas City, MO 64105

Judge Ann Mesle
Circuit Court of Jackson County, Missouri
415 East 12th Street, Courtroom No. 7
Kansas City, MO 64105

West/Thomas Publishing Corporation (Hold)
620 Opperman Drive
Eagan, MN 55164-9792

St. Joseph Medical Center
Attn: Administration/CEO Personnel
1000 Carondelet Drive
Kansas City, Missouri 64114

Judge McGraw (No process serve)
The Circuit Court of Jackson County
415 East 12th Street, 6th Floor
Kansas City, MO 64105

Deputy Arthur Aaron Hog
The Circuit Court of Jackson County
415 East 12th Street
Kansas City, MO 64105

/s/ Rev. Nolan McKenzie
Reverend Nolan McKenzie

2